**United States District Court**
**Western District of Texas**
**El Paso Division**

FILED
Oct 28 2013
Clerk, U.S. District Court
Western District of
Texas

By: _____CR_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | § § |
| vs. | § No: EP:13-M -04789(1) § |
| (1) FERNANDO GUERRERO | § § § |
| *Defendant* | |

## ORDER APPOINTING COUNSEL

The above Defendant has testified under oath, or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel.

Because the interests of justice so require, the FEDERAL PUBLIC DEFENDER of this District is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

This appointment shall remain in effect until further order of the Court.

It is, accordingly, so **ORDERED** this the 28th day of October, 2013.

_____
ANNE T. BERTON
U.S. MAGISTRATE JUDGE